NO. 07-10-0210-CV
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 OCTOBER 14, 2010
 ______________________________

 In the Matter of the Marriage of DUSTIN WAYNE SCHULZE
 and KATIE DIANE SCHULZE and In the Interest of
 J.S., A Child
 _________________________________

 FROM THE 47th DISTRICT COURT OF RANDALL COUNTY;

 NO. 60,293-A; HONORABLE RICHARD DAMBOLD, PRESIDING
 _______________________________

 ORDER DISMISSING APPEAL
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
Appellant has filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
 Chief Justice